APR 1 5 2008
**FILED**
APR 1 5 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NORTHSHORE STEEL, INC. | ) | Civil Action No. _____ |
| | ) | |
| Plaintiff, | ) | **08CV2147** |
| | ) | **JUDGE PALLMEYER** |
| vs. | ) | **MAG. JUDGE DENLOW** |
| | ) | |
| RELIABLE GALVANIZING COMPANY, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | |

**COMPLAINT AT LAW**

NOW COMES the Plaintiff, Northshore Steel, Inc., by and through its attorney, Kenneth D. Butler of Kenneth D. Butler, Ltd., 11 East Superior Street, Suite 555, Duluth, Minnesota 55802, and complaining of Defendant Reliable Galvanizing Company, alleges the following:

**JURISDICTION**

1. Plaintiff is a corporation incorporated under the laws of the State of Minnesota, having its principal place of business located at 1528 Highway #2, Two Harbors, MN 55616.

2. Defendant is a corporation incorporated under the laws of the State of Illinois, having its principal place of business located at 819 West 88th Street, Chicago, Illinois 60620.

3. That this cause involves an amount in controversy in excess of Seventy-five Thousand and no/100 Dollars ($75,000.00), exclusive of costs and interest.

4. The subject matter jurisdiction is proper pursuant to 28 U.S.C. §1332.

**VENUE**

1. That the occurrence giving rise to this litigation occurred within the Northern

1

District of Illinois in the City of Chicago, Illinois.

2. That venue is property within the Northern District of Illinois pursuant to 28 U.S.C. §1391.

## FACTS

Defendant galvanized trusses entrusted to it by Plaintiff in a negligent and unworkmanship-like manner, resulting in damage to said trusses to Plaintiff's detriment in the amount of $270,000.00.

## JURY TRIAL DEMAND

Plaintiff demands trial by jury.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant in the sum of $270,000.00, plus costs and disbursements, and for such other legal and equitable relief as the Court deems appropriate.

Dated: April 14th, 2008.

KENNETH D. BUTLER, LTD.

By *Kenneth D. Butler*

Kenneth D. Butler, (MN #13791)
11 East Superior Street, #555
Duluth, Minnesota 55802
Telephone: (218) 625-2264

Attorney for Plaintiff