

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| Northshore Steel, Inc., Plaintiff | |
| vs. | |
| Reliable Galvanizing Company, Defendant | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

**FILED**
APR 1 5 2008 TC
APR 1 5 2008
MICHAEL W. DOBBINS   APR 1 5 2008
CLERK, U.S. DISTRICT COURT

**08CV2147
JUDGE PALLMEYER
MAG. JUDGE DENLOW**

| NAME (Type or print) |
|---|
| Kenneth D. Butler |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ |

| FIRM |
|---|
| Kenneth D. Butler, Ltd. |

| STREET ADDRESS |
|---|
| 11 East Superior Street, Suite 555 |

| CITY/STATE/ZIP |
|---|
| Duluth, Minnesota   55802 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| #13791 (MN) | (218) 625-2264 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |