IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NORTHSHORE STEEL, INC., | CASE NO. 08 CV 2147 |
| Plaintiff, | |
| vs. | JUDGE PALLMEYER |
| RELIABLE GALVANIZING COMPANY, | MAG. JUDGE DENLOW |
| Defendant. | |

## AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Reliable Galvanizing Company ("Reliable") hereby moves this Honorable Court for an additional ten days to file its response to the Complaint in this matter, and in support states as follows:

1. Northshore filed its Complaint on April 14, 2008.

2. Reliable was served with the Complaint and Summons on April 21, 2008.

3. Reliable's response is currently due on May 12, 2008.

4. In order for Reliable to more fully evaluate the issues presented in the Complaint, Reliable seeks an extension of ten days, or up to and including May 22, 2008, to answer or otherwise respond.

5. Northshore has agreed to this extension.

6. This motion is not interposed for an improper purpose.

WHEREFORE, Reliable respectfully requests that this Court grant Reliable up to and including May 22, 2008 to file its response to the Complaint.

                        RELIABLE GALVANIZING COMPANY

                        By:    /s/   J. David Duffy
                                One of Its Attorneys

J. David Duffy (#6242374)
THOMPSON COBURN LLP
d/b/a Thompson Coburn Fagel Haber
55 East Monroe Street, 40th Floor
Chicago, Illinois 60603
(312) 346-7500

4733781_1