**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NORTHSHORE STEEL, INC., | CASE NO. 08 CV 2147 |
| Plaintiff, | |
| vs. | JUDGE  REBECCA PALLMEYER |
| RELIABLE GALVANIZING COMPANY, | MAG. JUDGE DENLOW |
| Defendant. | |

### NOTICE OF MOTION

TO:    Kenneth D. Butler, Esq.
Kenneth D. Butler, Ltd.
11 East Superior Street, Suite 555
Duluth, Minnesota  55802

PLEASE TAKE NOTICE that on **Thursday, May 15, 2008 at 8:45 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Rebecca R. Pallmeyer, or any judge sitting in her stead, in Courtroom 2119 of the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present **Agreed Motion for Extension of Time to Respond to Plaintiff's Complaint,** a copy of which is hereto served upon you.

RELIABLE GALVANIZING COMPANY

By: _____/s/   J. David Duffy_____
One of Its Attorneys

J. David Duffy (#6242374)
THOMPSON COBURN LLP
d/b/a Thompson Coburn Fagel Haber
55 East Monroe Street, 40th Floor
Chicago, Illinois  60603
(312) 346-7500

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that I have electronically filed the attached **Agreed Motion for Extension of Time to Respond to Plaintiff's Complaint this 8th day of May 2008** with the Clerk of the Court using the CM/ECF system with notice by e-mail going to the following counsel of record, and a copy of the same document by U.S. mail to those non-participating individuals, as indicated on the attached service list.

                                                  _____ /s/ J. David Duffy_____

4734484_1