IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NORTHSHORE STEEL, INC., | CASE NO. 08 CV 2147 |
| Plaintiff, | |
| vs. | JUDGE REBECCA PALLMEYER |
| RELIABLE GALVANIZING COMPANY, | MAG. JUDGE DENLOW |
| Defendant. | |

## NOTICE OF MOTION

TO:   Kenneth D. Butler, Esq.
   Kenneth D. Butler, Ltd.
   11 East Superior Street, Suite 555
   Duluth, Minnesota  55802

   PLEASE TAKE NOTICE that on <u>Wednesday, May 28, 2008, at 8:45 a.m.</u>, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Rebecca R. Pallmeyer, or any judge sitting in her stead, in Courtroom 2119 of the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present **Defendant Reliable Galvanizing Company's 12(b)(6) Motion to Dismiss and Memorandum in Support Thereof,** a copy of which is hereto served upon you.

               RELIABLE GALVANIZING COMPANY

               By:      /s/  J. David Duffy
                    One of Its Attorneys

J. David Duffy
Lauren Spira
THOMPSON COBURN LLP
d/b/a Thompson Coburn Fagel Haber
55 East Monroe Street, 40th Floor
Chicago, Illinois  60603
(312) 346-7500

- 2 -

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that I have electronically filed the attached **Defendant Reliable Galvanizing Company's 12(b)(6) Motion to Dismiss and Memorandum in Support Thereof** this 22nd day of May, 2008 with the Clerk of the Court using the CM/ECF system with notice by e-mail and U.S. mail going to the counsel of record.

                                                    /s/  J. David Duffy

4742611_1