IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NORTHSHORE STEEL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RELIABLE GALVANIZING COMPANY, <br><br> Defendant. | CASE NO. 08 CV 2147 <br><br><br> JUDGE REBECCA PALLMEYER <br><br> MAG. JUDGE DENLOW |

### RE-NOTICE OF MOTION

TO:   Kenneth D. Butler, Esq.
        Kenneth D. Butler, Ltd.
        11 East Superior Street, Suite 555
        Duluth, Minnesota 55802
        Fax: (218) 625-2264
        Email: kbutler@kenbutlerlaw.com

PLEASE TAKE NOTICE that on Tuesday, June 10, 2008, at 8:45 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Rebecca R. Pallmeyer, or any judge sitting in her stead, in Courtroom 2119 of the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present **Defendant Reliable Galvanizing Company's 12(b)(6) Motion to Dismiss and Memorandum in Support Thereof,** a copy of which is hereto served upon you.

                                    RELIABLE GALVANIZING COMPANY

                                    By:     /s/ J. David Duffy
                                                  One of Its Attorneys

J. David Duffy
Lauren Spira
THOMPSON COBURN LLP
d/b/a Thompson Coburn Fagel Haber
55 East Monroe Street, 40th Floor
Chicago, Illinois 60603
(312) 346-7500

- 2 -

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that I have electronically filed the attached **Defendant Reliable Galvanizing Company's 12(b)(6) Motion to Dismiss and Memorandum in Support Thereof** this 3rd day of June, 2008 with the Clerk of the Court using the CM/ECF system with notice by e-mail, facsimile transmission and/or U.S. mail going to the counsel of record.

        /s/ J. David Duffy

4748024_1