O 440 (Rev. 05/00) Summons in a Civil Action

*MHH*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

NORTHSHORE STEEL, INC.,

**SUMMONS IN A CIVIL CASE**

V.

CASE **08CV2147**
**JUDGE PALLMEYER**
ASSI **MAG. JUDGE DENLOW**

RELIABLE GALVANIZING COMPANY

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Reliable Galvanizing Company
819 West 88th Street
Chicago, Illinois  60620

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kenneth D. Butler
Kenneth D. Butler, Ltd.
11 East Superior Street, #555
Duluth, Minnesota  55802

an answer to the complaint which is herewith served upon you, **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

*[signature]*

(By) DEPUTY CLERK

APR 1 5 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                Date              *Signature of Server*

                                  *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Affidavit of Process Server

__Northshore Steel, Inc.__ vs __Reliable Galvanizing Co.__   __08CV2147__
PLAINTIFF/PETITIONER    DEFENDANT/RESPONDENT    CASE #

Being duly sworn, on my oath, I __Barry A. Savage Sr.__
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Reliable Galvanizing Co.__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☒ Summons and Complaint

by serving (NAME) __Michael Eisnar__

at ☐ Home _____
☐ Business __819 W 88th Chgo IL__
☐ on (DATE) __4-21-08__ at (TIME) __2:30 pm__

FILED
6-2-2008
JUN - 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely __Michael Eisnar   President__
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address        ☐ Evading                                ☐ Other: _____
☐ Address Does Not Exist     ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding  ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____ , ( )_____
                                                  DATE  TIME        DATE  TIME
( )_____ , ( )_____ , ( )_____
  DATE TIME     DATE TIME     DATE TIME

**Description:**
☒ Male    ☐ White Skin    ☐ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'     ☐ Under 100 Lbs.
☐ Female  ☐ Black Skin    ☐ Brown Hair   ☐ Balding      ☐ 21-35 Yrs.   ☐ 5'0"-5'3"    ☐ 100-130 Lbs.
          ☐ Yellow Skin   ☐ Blond Hair                  ☐ 36-50 Yrs.   ☐ 5'4"-5'8"    ☐ 131-160 Lbs.
          ☐ Brown Skin    ☐ Gray Hair    ☐ Mustache     ☒ 51-65 Yrs.   ☒ 5'9"-6'0"    ☒ 161-200 Lbs.
☒ Glasses ☐ Red Skin      ☐ Red Hair     ☐ Beard        ☐ Over 65 Yrs. ☐ Over 6'      ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois   County of Cook

Subscribed and sworn to before me,
a notary public, this __22__ day of __April__, 20 __08__

SERVED BY
LASALLE PROCESS SERVERS

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.