

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NORTHSHORE STEEL, INC. | ) | Civil Action No. 08cv2147 |
| Plaintiff, | ) | Judge Pallmeyer |
| vs. | ) | Magistrate Judge Denlow |
| RELIABLE GALVANIZING COMPANY, | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

TO:   J. David Duffy
Lauren Spira
Thompson Cobuns, LLP
d/b/a Thompson Coburn Fagel Haber
55 East Monroe Street, 40th Floor
Chicago, Illinois   60603

F I L E D

JUN 0 2 2008   YM
Jun 02 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PLEASE TAKE NOTICE that on Thursday, June 5, 2008 at 8:45 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Rebecca R. Pallmeyer, or any judge sitting in her stead, in Courtroom 2119 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiff's Federal Rules of Civil Procedure 15 Motion to amend its pleading, a copy of which is hereto served upon you.

Dated: May 30, 2008.

NORTHSHORE STEEL, INC.

By _Kenneth D. Butler_
Its Attorney

Kenneth D. Butler, (MN #13791)
11 East Superior Street, #555
Duluth, Minnesota 55802
Telephone: (218) 625-2264

1