# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2147 | **DATE** | 6/4/2008 |
| **CASE TITLE** | Northshore Steel, Inc vs. Reliable Galvanizing Company | | |

**DOCKET ENTRY TEXT**

Plaintiff's Northshore Steel, Inc.'s Rule 15 motion to amend its pleading [17] granted. Defendant's motion to dismiss [13] is withdrawn. Defendant to Answer or otherwise plead on or before 6/24/2008. Rule 16 conference set for 6/10/2008 is stricken and reset to 7/7/2008 at 9:00.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|