**FILED**

**JUNE 4, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| NORTHSHORE STEEL, INC. | ) | Civil Action No. 08cv2147 |
| | ) | |
| Plaintiff, | ) | Judge Pallmeyer |
| | ) | |
| vs. | ) | Magistrate Judge Denlow |
| | ) | |
| RELIABLE GALVANIZING | ) | |
| COMPANY, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | |

### AMENDED COMPLAINT AT LAW

NOW COMES the Plaintiff, Northshore Steel, Inc., by and through its attorney, Kenneth D. Butler of Kenneth D. Butler, Ltd., 11 East Superior Street, Suite 555, Duluth, Minnesota 55802, and complaining of Defendant Reliable Galvanizing Company, alleges the following:

### JURISDICTION

1.      Plaintiff is a corporation incorporated under the laws of the State of Minnesota, having its principal place of business located at 1528 Highway #2, Two Harbors, MN 55616.

2.      Defendant is a corporation incorporated under the laws of the State of Illinois, having its principal place of business located at 819 West 88th Street, Chicago, Illinois 60620.

3.      That this cause involves an amount in controversy in excess of Seventy-five Thousand and no/100 Dollars ($75,000.00), exclusive of costs and interest.

4.      The subject matter jurisdiction is proper pursuant to 28 U.S.C. §1332.

### VENUE

1.      That the occurrence giving rise to this litigation occurred within the Northern

1

District of Illinois in the City of Chicago, Illinois.

    2.     That venue is proper within the Northern District of Illinois pursuant to 28 U.S.C. §1391.

## FACTS

1. In the spring of 2006 a representative of Plaintiff contacted Defendant by telephone and facsimile transmission to learn if Defendant could galvanize fabricated steel trusses manufactured by Plaintiff in Two Harbors, Minnesota. Attached as Exhibit A is a description of the trusses prepared by the Plaintiff and faxed to Defendant. The notations on Exhibit A are mainly those of a representative of Defendant and show, among other things, a price of 16 cents per pound for Defendant to fabricate the trusses.

2. Around the same time a verbal argument was reached between the Plaintiff and Defendant for Defendant to galvanize the fabricated steel trusses and other steel material shipped to it by Plaintiff at 15 cents per pound.

3. Said verbal agreement between Plaintiff and Defendant further required Defendant to ship the galvanized trusses and other steel material F.O.B. 819 West 88th Street, Chicago, Illinois 60620 to Consumers Energy, J.H. Campbell Complex at 17000 Croswell, West Olive, Michigan 49460 ("Jobsite"). Consumers Energy ("Owner") was the owner of the facility being built at that location ("Project"). Lakehead Constructors, Inc., 2916 Hill Avenue, Superior, Wisconsin 54880 ("Lakehead") was the Owner's General Contractor for the Project.

4. Defendant assigned a Purchase Order No. 4806 to its agreement with Plaintiff.

5. Attached as Exhibit B are copies of Plaintiff's bills of lading dated June 28, 2006 and

2

June 29, 2006 showing 16 trusses (plus other steel material) shipped to Defendant for galvanizing.

6.  Attached as Exhibit C are Defendant's invoices to Plaintiff for the cost of galvanizing the trusses.

7.  Attached as Exhibit D is a copy of the material certifications for the galvanized steel sent Plaintiff by Defendant which shows Plaintiff's purchase order assigned to it by Defendant and indicating that the galvanized steel was shipped via Brown's on July 25, 2006 and July 28, 2006.

8.  Attached as Exhibit E is a copy of the shipping orders for the galvanized fabriciated trusses shipped by Defendant F.O.B. 819 West 88th Street, Chicago, Illinois 60620-2668 to the Jobsite on or about July 25, 2006.

9.  When the galvanized fabricated steel trusses were delivered to the Jobsite they were found to be damaged, as evidenced by Exhibit E and the Receiving Inspection Report from the Owner, which Report is attached hereto as Exhibit F.

10. Plaintiff was under contract with Lakehead to manufacture these trusses to the engineers' specifications and deliver them to the Jobsite undamaged and ready to be used for their intended purpose.

11. The Owner, upon discovering the defective trusses, was concerned about their competency and required load testing and other testing be performed to determine their integrity.

12. The cost of the truss test procedure required to load test each of the trusses together with the costs associated with the repair of the trusses, including the bad welds, was

3

$269,556.82. Lakehead subsequently deducted this amount from the amount due it under its contract with Plaintiff.

## COUNT I
## BREACH OF CONTRACT

13. Plaintiff realleges and incorporates Items 1 through 12 above as though fully set forth herein and further alleges:

14. Defendant breached its agreement with Plaintiff by delivering Plaintiff's galvanized trusses to the Jobsite in a defective and damaged condition requiring repairs and load testing to each truss to Plaintiff's detriment in the amount of $269,556.82.

15. Plaintiff performed all of the terms and conditions required of it under its agreement with Defendant.

## COUNT II
## BREACH OF IMPLIED WARRANTIES

16. Plaintiff realleges and incorporates Items 1 through 15 above as though fully set forth herein and further alleges:

17. The galvanizing to be performed by Defendant to Plaintiff's trusses and other steel material shipped to Defendant by Plaintiff constituted a product under the Illinois Uniform Commercial Code ("Code").

18. The galvanized fabricated trusses delivered to the Jobsite by the Defendant were subject to the implied warranty of merchantability prescribed by the Code because Defendant held itself out as a merchant of galvanized steel products.

19. The galvanized trusses delivered to the Jobsite by Defendant were subject to the implied warranty of fitness for a particular purpose prescribed by the Code, because the

4

Defendant knew of the particular purpose for which the galvanized trusses were being used and further, Defendant knew that Plaintiff was relying on Defendant's expertise that the fabricated trusses, once galvanized, would be suitable for the purpose intended by Plaintiff.

20. Defendant breached its warranties of merchantability and fitness for a particular purpose to Plaintiff by delivering Plaintiff's galvanized steel trusses to the Jobsite in a defective and damaged condition.

## COUNT III
## DAMAGES

21. Plaintiff realleges and incorporates Items 1 through 20 above as though fully set forth herein and further alleges:

22. Because of Defendant's breaches of contract and breaches of warranty, Plaintiff has sustained substantial and extensive losses in the following amounts: excess costs incurred in load testing each of the trusses as well as repairing each of the trusses in the amount of $269,556.82.

23. As a direct result of the breaches of warranty by Defendant, Plaintiff has sustained total damages, and has the right to recover the amount, of $269,556.82 together with interest.

24. Although demand has been made on Defendant to pay the amount of Plaintiff's damages, Defendant has refused to pay any portion of it.

## JURY TRIAL DEMAND

Plaintiff demands trial by jury.

5

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant in the sum of $269,556.82, plus costs and disbursements, and for such other legal and equitable relief as the Court deems just and appropriate.

Dated: May *30*, 2008.

KENNETH D. BUTLER, LTD.

By *Kenneth D. Butler*

Kenneth D. Butler, (MN #13791)
11 East Superior Street, #555
Duluth, Minnesota 55802
Telephone: (218) 625-2264

Attorney for Plaintiff



# EXHIBIT A

THIS MEMORANDUM... Copies or duplicate, covering the property named herein, and a proceded safely for time served...

RECEIVED, subject to the classifications and tariffs in effect on the date of receipt by the carrier of the property described in the original bill of lading.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| From | # EXHIBIT B | DATE 6/28 19 06 | SHIPPER'S NO. 5680 |
|---|---|---|---|

At

CARRIER ↓    BY  Jeff Foster    CARRIER'S NO.

ROUTE    DELIVERING CARRIER

CONSIGNEE AND DESTINATION:
RELIABLE GALVANIZING
819 WEST 89TH STREET
CHICAGO, IL  60620

CAR OR VEHICLE INITIALS & NO.  70154

| NO. PACKAGES | HAZARDOUS MATERIALS | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✓ |
|---|---|---|---|---|---|
| | | PHONE # 773-651-2500 | | | |
| | | ONE LOT FABRICATED STEEL PER SHIPPING | | | |
| | | TICKET # 4801 | 40,060 | | |

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be Pre paid."

PREPAID

Received $ _____ to apply in prepayment of the charges on the property described hereon.

_____
Agent or Cashier.

Per _____
(The signature here acknowledges only the amounts prepaid.)

Charges Advanced.

SHIPPERS CERTIFICATION: This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.     SIGNATURE _____ TITLE _____

$ _____

† If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
‡ Shipper's imprints in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.
Note — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

**C.O.D. SHIPMENT**

C.O.D. Amt _____

Collection Fee _____

Total Charges _____

| THIS SHIPMENT IS CORRECTLY DESCRIBED. | † The fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of the Consolidated Freight Classification. | |
|---|---|---|
| CORRECT WEIGHT IS _____ LBS. | | Per _____ |

Shipper, Per _____

Agent, Per _____

Permanent post office address of shipper

FORM 12254 RAPIDFORMS  INC., THOROFARE, NJ 08086-9499

(4)

Northshore Steel, Inc.
1528 HWY 2
TWO HARBORS, MN 55616
PHONE (218) 834-2485
FAX (218) 834-6162

**SHIPPING TICKET**
Ticket No: 4801
Our Job No: 4806
Page 1 of 2
Ship Date: 06-28-06

Project Name: CONSUMERS ENERGY
++++++++++ Sold to ++++++++++
LAKEHEAD CONSTRUCTORS, INC.
2916 HILL AVE
SUPERIOR, WI 54880

++++++++++ Ship to ++++++++++
CONSUMERS ENERGY
HOLLAND, MI
_____
_____

Ship Via: JEFF FOSTER
Remark:

Total Shipment Weight: 40,060 lbs.

| QTY | ====MARK==== | SEQ | ======DESCRIPTION====== | ===LENGTH=== | WEIGHT EACH | TOTAL |
|---|---|---|---|---|---|---|
| 7 | 2102-1 | | PL 5/16 x 18 1/8 | 1' 10 7/8 | 37 | 258 |
| 10 | 2102-2 | | PL 5/16 x 17 3/8 | 1' 11 3/8 | 36 | 361 |
| 7 | 2102-3 | | PL 5/16 x 17 3/8 | 1' 9 | 32 | 227 |
| 12 | 2102-4 | | PL 5/16 x 16 1/16 | 1' 6 3/4 | 27 | 321 |
| 18 | 2102-5 | | PL 5/16 x 15 7/8 | 1' 5 1/2 | 25 | 444 |
| 12 | 2102-6 | | PL 5/16 x 14 11/16 | 1' 5 3/8 | 23 | 272 |
| 24 | 2103-1 | | L 3 x 3 x 3/16 | 6' 6 | 24 | 579 |
| 16 | 2103-2 | | L 3 x 3 x 1/4 | 6' 0 3/16 | 29 | 472 |
| 24 | 2103-3 | | L 3 x 3 x 3/16 | 6' 0 3/16 | 22 | 536 |
| 28 | 2103-4 | | L 3 x 3 x 1/4 | 6' 1 7/8 | 30 | 845 |
| 4 | 2103-5 | | L 3 x 3 x 1/4 | 6' 6 | 32 | 127 |
| 14 | 2109-1 | | L 2 1/2 x 2 1/2 x 1/4 | 6' 9 3/4 | 28 | 391 |
| 20 | 2109-3 | | L 2 1/2 x 2 1/2 x 1/4 | 6' 5 3/16 | 26 | 527 |
| 14 | 2109-5 | | L 2 1/2 x 2 1/2 x 1/4 | 6' 7 5/8 | 27 | 381 |
| 12 | 2110-1 | | PL 5/16 x 9 11/16 | 1' 5 7/8 | 15 | 185 |
| 14 | 2110-2 | | BAR 5/16 x 4 | 1' 5 1/2 | 6 | 87 |
| 18 | 2110-3 | | PL 5/16 x 10 1/2 | 1' 5 1/2 | 16 | 294 |
| 10 | 2110-4 | | BAR 5/16 x 4 | 1' 6 | 6 | 64 |
| 12 | 2110-5 | | PL 5/16 x 10 1/4 | 1' 6 1/8 | 17 | 198 |
| 2 | 2111-1 | | PL 5/16 x 10 15/16 | 1' 6 1/16 | 18 | 35 |
| 1 | 2111-2 | | BAR 5/16 x 4 | 1' 6 | 6 | 6 |
| 2 | 2111-3 | | PL 5/16 x 9 1/16 | 1' 7 1/16 | 15 | 31 |
| 4 | 2111-4 | | PL 5/16 x 8 1/8 | 1' 9 3/4 | 16 | 63 |
| 2 | 2111-5 | | BAR 5/16 x 4 | 1' 7 | 7 | 13 |
| 4 | 2111-6 | | PL 5/16 x 10 13/16 | 1' 5 1/16 | 16 | 66 |
| 2 | 2111-7 | | PL 5/16 x 9 1/2 | 1' 6 3/4 | 16 | 32 |
| 1 | 2111-8 | | BAR 5/16 x 4 | 1' 5 1/2 | 6 | 6 |
| 2 | 2111-9 | | PL 5/16 x 9 15/16 | 1' 5 5/8 | 16 | 31 |
| 1 | 2127-1 | | TRUSS | | 3,599 | 3,599 |
| 1 | 2128-1 | | TRUSS | | 4,659 | 4,659 |
| 1 | 2129-1 | | TRUSS | | 4,659 | 4,659 |
| 1 | 2130-1 | | TRUSS | | 3,873 | 3,873 |
| 1 | 2131-1 | | TRUSS | | 3,874 | 3,874 |
| 1 | 2133-1 | | TRUSS | | 3,883 | 3,883 |
| 1 | 2134-1 | | TRUSS | | 4,245 | 4,245 |

NAME IN FULL
Received By:_____     Date:_____

Northshore Steel, Inc.
1528 HWY 2
TWO HARBORS, MN 55616
PHONE (218) 834-2485
FAX (218) 834-6162

SHIPPING TICKET
Ticket No: 4801
Our Job No: 4806
Page 2 of 2
Ship Date: 06-28-06

Project Name: CONSUMERS ENERGY
++++++++++ Sold to ++++++++++
LAKEHEAD CONSTRUCTORS, INC.
2916 HILL AVE
SUPERIOR, WI 54880

++++++++++ Ship to ++++++++++
CONSUMERS ENERGY
HOLLAND, MI

Ship Via: JEFF FOSTER                    Total Shipment Weight: 40,060 lbs.
Remark:

| QTY | ====MARK==== | SEQ | ======DESCRIPTION===== | ===LENGTH=== | EACH | TOTAL |
|-----|------|-----|-------------|--------|------|-------|
| 1 | 2135-1 | | TRUSS | | 4,245 | 4,245 |
| 4 | 2407-2 | | PL 1/2 x 8 1/2 | 1' 6 | 22 | 87 |
| 4 | 2407-3 | | PL 1/2 x 7 1/2 | 1' 0 | 13 | 51 |
| 8 | 2407-4 | | BAR 1/2 x 2 1/2 | 1' 0 | 4 | 34 |

NAME IN FULL
Received By:_____   Date:_____

Case 1:04-cv-01278-KAJ Document 301-4 Filed 06/04/2008 Page 11 of 22

RECEIVED, subject to the classifications and tariffs in effect on the date of receipt by the carrier of the property described in the Original Bill of Lading.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| From | | DATE | SHIPPER'S NO. | 5681 |
|---|---|---|---|---|
| At | NORTHSHORE STEEL, INC. | 6/29/06 | | |

CARRIER ↓    CARRIER'S NO.

BY    Jeff Foster

| CONSIGNEE AND DESTINATION | RELIABLE GALVANIZING<br>319 WEST 88TH STREET<br>CHICAGO, IL 60620 |
|---|---|

ROUTE    DELIVERING CARRIER

CAR OR VEHICLE INITIALS & NO.    718 H

PHONE # 773-651-2500

| NO. PACKAGES | HAZARDOUS MATERIALS | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✓ | |
|---|---|---|---|---|---|---|
| | | ONE LOT FABRICATED STEEL PER SHIPPING | | | | Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. |
| | | TICKET # 4802 | 26,932 | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |

Per _____
(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

PREPAID

Received $ _____ to apply in prepayment of the charges on the property described hereon

Agent or Cashier.

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced.

SHIPPERS CERTIFICATION: This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE _____ TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
† Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
Note — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

$ _____

C.O.D. SHIPMENT

C.O.D. Amt _____

Collection Fee _____

Total Charges _____

| THIS SHIPMENT IS CORRECTLY DESCRIBED. | † The fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of the Consolidated Freight Classification. |
|---|---|
| CORRECT WEIGHT IS _____ LBS. | |

Per _____    Shipper _____

Shipper, Per _____    Agent, Per _____

Permanent post office address of shipper

4

FORM 12254 RAPIDFORMS INC., THOROFARE, NJ 08086-9499

Northshore Steel, Inc.
1528 HWY 2
TWO HARBORS, MN 55616
PHONE (218) 834-2485
FAX (218) 834-6162

SHIPPING TICKET
Ticket No: 4802
Our Job No: 4806
Page 1 of 2
Ship Date: 06-29-06

Project Name: CONSUMERS ENERGY

++++++++++ Sold to ++++++++++

++++++++++ Ship to ++++++++++
RELIABLE GALVANIZING
819 WEST 88TH STREET
CHICAGO, IL 60620

Ship Via: jeff foster

Total Shipment Weight: 26,932 lbs.

Remark:

| QTY | ====MARK==== | SEQ | =======DESCRIPTION====== | ===LENGTH=== | EACH | TOTAL |
|-----|--------------|-----|--------------------------|--------------|------|-------|
| 2 | 2105-1 | | PL 5/16 x 16 7/8 | 1' 5 3/4 | 27 | 53 |
| 1 | 2105-10 | | PL 5/16 x 17 3/8 | 1' 9 | 32 | 32 |
| 1 | 2105-11 | | PL 5/16 x 16 | 2' 8 1/4 | 46 | 46 |
| 1 | 2105-12 | | PL 5/16 x 17 1/2 | 1' 9 | 33 | 33 |
| 2 | 2105-2 | | PL 5/16 x 7 3/16 | 2' 3 | 17 | 35 |
| 2 | 2105-3 | | PL 5/16 x 9 | 1'11 1/8 | 19 | 37 |
| 2 | 2105-4 | | PL 5/16 x 15 15/16 | 1' 7 1/16 | 27 | 54 |
| 2 | 2105-5 | | PL 5/16 x 16 5/16 | 1' 7 1/16 | 28 | 55 |
| 2 | 2105-6 | | PL 5/16 x 6 1/8 | 2' 3 1/2 | 15 | 30 |
| 2 | 2105-7 | | PL 5/16 x 9 3/16 | 1' 9 5/8 | 18 | 35 |
| 2 | 2105-8 | | PL 5/16 x 15 1/16 | 1' 7 3/16 | 26 | 51 |
| 1 | 2105-9 | | PL 5/16 x 16 1/2 | 2' 5 7/8 | 44 | 44 |
| 2 | 2107-1 | | PL 5/16 x 20 3/4 | 1'10 1/16 | 41 | 81 |
| 2 | 2107-2 | | PL 5/16 x 14 1/2 | 1' 8 1/16 | 26 | 52 |
| 2 | 2107-3 | | PL 5/16 x 16 5/16 | 1' 7 3/8 | 28 | 56 |
| 2 | 2107-4 | | PL 5/16 x 16 | 1' 6 7/8 | 27 | 54 |
| 2 | 2107-5 | | PL 5/16 x 16 1/16 | 1' 6 11/16 | 27 | 53 |
| 1 | 2107-6 | | PL 5/16 x 15 1/2 | 2'10 1/8 | 47 | 47 |
| 1 | 2107-7 | | PL 5/16 x 16 15/16 | 2'10 | 51 | 51 |
| 1 | 2107-8 | | PL 5/16 x 17 3/8 | 1' 9 | 32 | 32 |
| 1 | 2107-9 | | PL 5/16 x 17 1/2 | 1'10 1/8 | 34 | 34 |
| 2 | 2114-1 | | PL 5/16 x 10 5/8 | 1' 5 3/8 | 16 | 33 |
| 1 | 2114-10 | | BAR 5/16 x 4 | 1'10 | 8 | 8 |
| 2 | 2114-2 | | PL 5/16 x 16 7/16 | 1' 5 3/8 | 25 | 51 |
| 2 | 2114-3 | | PL 5/16 x 13 3/16 | 1' 4 11/16 | 20 | 39 |
| 2 | 2114-4 | | PL 5/16 x 10 7/8 | 1' 1 3/16 | 13 | 26 |
| 2 | 2114-5 | | PL 5/16 x 10 13/16 | 0'11 3/4 | 11 | 23 |
| 2 | 2114-6 | | PL 5/16 x 10 13/16 | 1' 6 3/16 | 17 | 35 |
| 1 | 2114-7 | | BAR 5/16 x 4 | 1' 8 | 7 | 7 |
| 1 | 2114-8 | | BAR 5/16 x 4 | 1' 7 | 7 | 7 |
| 1 | 2114-9 | | BAR 5/16 x 4 | 1' 6 | 6 | 6 |
| 2 | 2115-1 | | PL 5/16 x 15 1/8 | 1' 4 13/16 | 23 | 45 |
| 2 | 2115-2 | | PL 5/16 x 10 1/8 | 1' 3 1/8 | 14 | 27 |
| 4 | 2115-3 | | PL 5/16 x 9 1/16 | 1'10 13/16 | 18 | 74 |
| 1 | 2115-4 | | PL 5/16 x 17 3/8 | 1'11 1/2 | 36 | 36 |

PAME IN FULL
Received By:_____    Date:_____

```
         Northshore Steel, Inc.                          SHIPPING TICKET
              1528 HWY 2                             Ticket No: 4802
         TWO HARBORS, MN 55616                       Our Job No: 4806
         PHONE (218) 834-2485                              Page  2 of  2
         FAX (218) 834-6162                          Ship Date: 06-29-06
```

Project Name: CONSUMERS ENERGY
+++++++++++ Sold to +++++++++++++          +++++++++++ Ship to +++++++++++
                                           RELIABLE GALVANIZING
                                           819 WEST 88TH STREET
                                           CHICAGO, IL 60620

Ship Via: jeff foster                  Total Shipment Weight: 26,932 lbs.
Remark:

| QTY | MARK | SEQ | DESCRIPTION | LENGTH | WEIGHT EACH | TOTAL |
|-----|------|-----|-------------|--------|-------------|-------|
| 1 | 2115-5 | | BAR 5/16 x 4 | 2' 1 | 9 | 9 |
| 1 | 2117-1 | | PL 5/16 x 10 1/8 | 1' 5 5/16 | 16 | 16 |
| 2 | 2117-2 | | PL 5/16 x 10 1/8 | 1' 4 7/8 | 15 | 30 |
| 2 | 2117-3 | | PL 5/16 x 10 1/16 | 0'11 1/8 | 10 | 20 |
| 1 | 2117-4 | | PL 5/16 x 18 3/16 | 2' 0 3/4 | 40 | 40 |
| 1 | 2117-5 | | BAR 5/16 x 4 | 1' 6 | 6 | 6 |
| 1 | 2117-6 | | PL 5/16 x 9 11/16 | 0'11 9/16 | 10 | 10 |
| 1 | 2120-1 | | TRUSS | | 3,168 | 3,168 |
| 1 | 2121-1 | | TRUSS | | 3,093 | 3,093 |
| 1 | 2122-1 | | TRUSS | | 3,312 | 3,312 |
| 1 | 2123-1 | | TRUSS | | 3,312 | 3,312 |
| 1 | 2124-1 | | TRUSS | | 2,526 | 2,526 |
| 1 | 2125-1 | | TRUSS | | 2,526 | 2,526 |
| 1 | 2126-1 | | TRUSS | | 3,599 | 3,599 |
| 1 | 2132-1 | | TRUSS | | 3,883 | 3,883 |

PAME IN FULL
Received By:_____     Date:_____



# RELIABLE GALVANIZING CO.
819 W. 88th Street     Chicago, Illinois 60620-2668
Phone (773) 651-2500
FAX (773) 488-7100
email: info@reliablegalvanizing.com


American Galvanizers Association
AGA
Zn

INVOICE #: 20192

Page 1

## EXHIBIT C

Terms: ½ of 1% 10 Days net 30 Days

| PURCHASE ORDER NO. | DATE INVOICED | FREIGHT | F.O.B. | SHIPPED VIA |
|---|---|---|---|---|
| 4806 | 07/25/06 | COLLECT | 819 W. 88TH STREET CHICAGO, ILL. 60620-2668 | BROWN'S |

NOR011

| SOLD TO | SHIP TO |
|---|---|
| NORTH SHORE STEEL INC. P.O. BOX 247 TWO HARBORS, MN  55616 | CONSUMER ENERGY J.H. CAMPBELL COMPLEX 17000 CROSWELL WEST OLIVE, MI  49460 |

| No. of PCS. | DESCRIPTION | WEIGHT | PRICE PER CWT | AMOUNT |
|---|---|---|---|---|
| 1 | GALV. FABRICATED STEEL PARTIAL ORDER | 35,100 | 15.00 | 5,265.00 |
| | | 35,100 | | 5,265.00 |

**Entered**

PAY THIS AMOUNT

THE GOODS OR SERVICES COVERED BY THIS INVOICE ARE FURNISHED IN COMPLIANCE WITH THE REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED. CLAIMS MUST BE MADE WITHIN 10 DAYS AFTER DELIVERY.  MERCHANDISE NOT TO BE RETURNED WITHOUT OUR PERMISSION.

**INVOICE**

Invoices    8/15    6025.°°
Not Here    8/31    3422.°°


AGA
Zn

Member-American Galvanizers Association



# RELIABLE GALVANIZING CO.
819 W. 88th Street     Chicago, Illinois 60620-2668
Phone (773) 651-2500
FAX (773) 488-7100
email: info@reliablegalvanizing.com

American Galvanizers Association



**INVOICE #: 20193**

Page 1

Terms: ½ of 1% 10 Days net 30 Days

| PURCHASE ORDER NO. | DATE INVOICED | FREIGHT | F.O.B. | SHIPPED VIA |
|---|---|---|---|---|
| 4806 | 07/25/06 | COLLECT | 819 W. 88TH STREET CHICAGO, ILL. 60620-2668 | BROWN'S |

NOR011

SOLD TO
NORTH SHORE STEEL INC.
P.O. BOX 247
TWO HARBORS, MN    55616

SHIP TO
CONSUMER ENERGY
J.H. CAMPBELL COMPLEX
17000 CROSWELL
WEST OLIVE, MI    49460

| No. of PCS. | DESCRIPTION | WEIGHT | PRICE PER CWT | AMOUNT |
|---|---|---|---|---|
| 1 | GALV. FABRICATED STEEL<br>PARTIAL ORDER | 27,460 | 15.00 | 4,119.00 |
| | | 27,460 | | 4,119.00 |

Entered

PAY THIS AMOUNT

THE GOODS OR SERVICES COVERED BY THIS INVOICE ARE FURNISHED IN COMPLIANCE WITH THE REQUIREMENTS OF THE FAIR LABOR STANDARDS ACT OF 1938 AS AMENDED.
CLAIMS MUST BE MADE WITHIN 10 DAYS AFTER DELIVERY.   MERCHANDISE NOT TO BE RETURNED WITHOUT OUR PERMISSION.

**INVOICE**

AGA Zn

Member-American Galvanizers Association

*RELIABLE MEETS ALL YOUR GALVANIZING NEEDS*

09/26/2006 01:19 PM 0490F_50940

**819 WEST 88TH STREET**
**CHICAGO, IL 60620**
**Phone: 773-651-2500**
**Fax: 773-488-7100**

**Reliable Galvanizing Co.**

# EXHIBIT D

# Fax

| To: | MR. DAVID LARSON | From: | KAVATA DIXON |
|-----|------------------|-------|--------------|
| | NORTHSHORE STEEL, INC. | | |
| Fax: | 218-834-6162 | Date: | August 2, 2006 |
| Phone: | 218-834-2485 | Pages: | 4 |
| Re: | MATERIAL CERTIFICATIONS | CC: | |

☐ **Urgent**   **X For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

Mr. Larson:

Attached please find the material certifications for the galvanized steel shipped via Brown's on 7/25/06 and 7/28/06. Please contact us if you need anything more.

We appreciate your business!

Sincerely yours,

Kavata Dixon

819 WEST 88TH STREET
CHICAGO, ILLINOIS
(773) 651-4240
FAX: (773) 489-7100
email: info@reliable

## RELIABLE GALVANIZING CO.

**WE CERTIFY THAT**

**OUR INVOICE**

| | PIECES OF PART  GALV FABRICATED STEEL |
|---|---|
| | PIECES OF PART |
| | PIECES OF PART |
| | PIECES OF PART |
| | PIECES OF PART |
| | PIECES OF PART |
| | PIECES OF PART |
| | PIECES OF PART |
| | PIECES OF PART |
| | PIECES OF PART |

PURCHASE ORDER # NORTH SHORE STEEL INC. # 4806
HAVE BEEN GALVANIZED IN ACCORDANCE WITH ASTM SPECIFICATION #: A-123

**Plant Manager**

Subscribed and sworn to before me on:

07/25/06

Notary Public



Member-American Galvanizers Association
*RELIABLE MEETS ALL YOUR GALVANIZING NEEDS*



819 WEST 88TH STREET
CHICAGO, ILLINOIS 60620-2568
(773) 651-2600
FAX: (773) 488-7100
email: info@reliablegalvanizing.com

## RELIABLE GALVANIZING CO.

**WE CERTIFY THAT**

OUR INVOICE #

| | 1 | **PIECES OF PART** | GALV. FABRICATED STEEL |
| | | **PIECES OF PART** | |
| | | **PIECES OF PART** | |
| | | **PIECES OF PART** | |
| | | **PIECES OF PART** | |
| | | **PIECES OF PART** | |
| | | **PIECES OF PART** | |
| | | **PIECES OF PART** | |
| | | **PIECES OF PART** | |
| | | **PIECES OF PART** | |
| | | **PIECES OF PART** | |

**PURCHASE ORDER #** NORTH SHORE STEEL INC. # 4808
**HAVE BEEN GALVANIZED IN ACCORDANCE WITH ASTM SPECIFICATION #:** A-123

Plant Manager

Subscribed and sworn to before me on:

07/25/06

Notary Public



Member-American Galvanizers Association
*RELIABLE MEETS ALL YOUR GALVANIZING NEEDS*



819 WEST 88TH STREET
CHICAGO, ILLINOIS 60620-2668
(773) 651-3500
FAX: (773) 488-7300
email: info@reliablegalvanizing.com

## RELIABLE GALVANIZING CO.

**WE CERTIFY THAT**

| | OUR INVOICE # |
|---|---|

| 1 | PIECES OF PART | GALV. FABRICATED STEEL |
|---|---|---|
| | PIECES OF PART | |
| | PIECES OF PART | |
| | PIECES OF PART | |
| | PIECES OF PART | |
| | PIECES OF PART | |
| | PIECES OF PART | |
| | PIECES OF PART | |
| | PIECES OF PART | |
| | PIECES OF PART | |

**PURCHASE ORDER #** NORTH SHORE STEEL INC. # 4806
**HAVE BEEN GALVANIZED IN ACCORDANCE WITH ASTM SPECIFICATION #:** A-123

**Plant Manager**

Subscribed and sworn to before me on:

07/28/05

Notary Public



Member-American Galvanizers Association
RELIABLE MEETS ALL YOUR GALVANIZING NEEDS

Uniform Domestic Straight Bill or Lading adopted by Carriers in Official, Southern, Western and
Illinois Classification Territories, March 15, 1922, as amended August 1, 1930 and June 15, 1941.

**UNIFORM STRAIGHT BILL OF LADING**
**THIS SHIPPING ORDER** must be legibly filled in, in ink, indelible Pencil, or in Carbon and retained by the Agent.

# EXHIBIT E

COMPANY                INVOICE #: 20198

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading    Page 1

## FROM RELIABLE GALVANIZING CO.

| PURCHASE ORDER NO. | DATE SHIPPED | FREIGHT | F.O.B. | CARRIER |
|---|---|---|---|---|
| 4806 | 07/25/06 | COLLECT | 819 W. 98TH STREET CHICAGO, IL 60620-2668 | BROWN'S |

NOR011

**RELEASE TO**
NORTH SHORE STEEL INC.
P.O. BOX 247
TWO HARBORS, MN    55616

**SHIPPED TO**
CONSUMER ENERGY
J.H. CAMPBELL COMPLEX
17000 CROSWELL
WEST OLIVE, MI    49460

| No. of PCS. | DESCRIPTION | WEIGHT | |
|---|---|---|---|
| 1 | GALV. FABRICATED STEEL PARTIAL ORDER | 35,100 | Subject to Section 7, of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | DAMAGE TO BOTH LOADS BENT ANGLES + CONNECTIONS | | (Signature of Consignor.) If charges are to be prepaid, write or stamp here "To be Prepaid." Received $ to apply in prepayment of the charges on the property described hereon. Agent or Cashier. Per (The signature here acknowledges only the amount prepaid.) Charges advanced: $ |

**LOADS MUST BE TARPED**

This is to the property herein described shall be routed in the ordinary upon delivery to the carrier, who has been designated by the consignee to be the agent of the consignee, and thereupon all right of the consignor to the property or responsibility therefore (except the right of stoppage in transit) shall cease.
Any claims for the damage, shortage or improper condition or non-conformity of property to description must be reported to the consignee within twenty-four (24) hours after arrival of property at destination, and consignor must be given due opportunity to investigate same. Failure to so report and permit investigation shall be conclusive evidence that the weights or count and condition of the property as specified in this bill of lading are correct, and that the property conforms to description, and the consignor may rely upon such evidence in making payment to its supplier or in accounting for said property to the owner thereof.    35,100

**SHIPPER**
## RELIABLE GALVANIZING CO.
819 W. 98TH Street    CHICAGO, ILLINOIS 60620-2668

Brown's TH
By Cal                                    **CARRYING AGENT**
PER

"This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation."

# EXHIBIT F

**Consumers Energy**

*Count on Us*

RIR #: _____
Truck Co.: Brown Trucking
Trailer #: _____
Storage Location: East side of 9A Gallery in lay down yard!

## RECEIVING
## INSPECTION REPORT

DATE SHIPMENT RECEIVED 7-26-06      PICTURE NO. _____

COMPONENT DESCRIPTION
Truss section for 9A Gallery

North Shore Steel & Reliable Galvanizing

| INSPECTION FOR: | SAT. | UNSAT. | N/A |
|---|---|---|---|
| A. SHIPPING PAPER PACKING LIST | [ ✓ ] | [ ] | [ ] |
| B. PIECE MARK NUMBER | [ ✓ ] | [ ] | [ ] |
| C. REQUIRED COUNT | [ ✓ ] | [ ] | [ ] |
| D. VISIBLE DAMAGE TO ITEM(S) CONTAINER, PACKAGING, ETC. | [ ] | [ ✓ ] | [ ] |
| E. VISIBLE DAMAGE TO ITEM(S) | [ ] | [ ✓ ] | [ ] |

REMARKS: (INCLUDING EXPLANATION OF ALL UNSATISFACTORY CONDITIONS) Visible bending
in diagonal bracing - cracked welds

STORAGE LEVEL REQUIRED (CIRCLE ONE):    A    B    C    SPECIAL

COLOR TAG APPLIED:    RED [ ] NONE [ ]

FOR UNSATISFACTORY INSPECTION REFER TO:      OVER, SHORT, AND DAMAGE REPORT#

| INITIAL INSPECTION HAS BEEN PERFORMED | | UNSATISFACTORY CONDITION HAS BEEN INSPECTED |
|---|---|---|
| RECEIVING INSPECTOR 7-26-06 DATE | | QC SUPERINTENDENT _____ DATE |
| THE CONSUMERS ENERGY REPRESENTATIVE HAS REVIEWED THE RIR AND IS AWARE OF ANY UNSATISFACTORY INSPECTION | | |
| CONSUMERS ENERGY REPRESENTATIVE | CONSTRUCTION MANAGER | 7-26-06 DATE |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

NORTHSHORE STEEL, INC.    )
         )
         Plaintiff,   )
         )
vs.         )
         )
RELIABLE GALVANIZING    )
COMPANY,         )
         )
         Defendant.   )

Civil Action No. 08cv2147

Judge Pallmeyer

Magistrate Judge Denlow

# F I L E D

**JUN 0 2 2008** YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### AFFIDAVIT OF SERVICE

STATE OF MINNESOTA  )
         ) ss.
COUNTY OF ST. LOUIS  )

Pamela K. Fifield, being first duly sworn on oath, states that on the 30th day of May, 2008

she served the following:

1. Notice of Motion;
2. Plaintiff Northshore Steel, Inc.'s Rule 15 Motion to Amend Its Pleading and Memorandum in Support Thereof;
3. Proposed Agreed Order Granting Plaintiff's Motion to Amend Its Complaint;
4. Letter to the Clerk of Court,

on the following individual at the following address by depositing a true and correct copy thereof

in the Federal Express dropbox, addressed as follows:

    Lauren Spira, Esq.
    J. David Duffy, Esq.
    Thompson Coburn, LLP
    55 East Monroe Street, 40th Floor
    Chicago, Illinois 60603

                    _____
                    Pamela K. Fifield

Subscribed and sworn to before
me this 30th day of May, 2008.

_____
Notary Public



GREG C. GILBERT
NOTARY PUBLIC - MINNESOTA
MY COMM. EXPIRES JANUARY 31, 2010