IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NORTHSHORE STEEL, INC., | |
| Plaintiff, | CASE NO. 08 CV 2147 |
| vs. | |
| RELIABLE GALVANIZING COMPANY, | JUDGE PALLMEYER |
| Defendant. | MAG. JUDGE DENLOW |

### NOTICE OF MOTION

TO:   Kenneth D. Butler, Esq.
　　　Kenneth D. Butler, Ltd.
　　　11 East Superior Street, Suite 555
　　　Duluth, Minnesota 55802

　　　PLEASE TAKE NOTICE that on **July 2, 2008 at 8:45 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Rebecca R. Pallmeyer, or any judge sitting in her stead, in Courtroom 2119 of the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present **Defendant's 12(b)(6) Motion to Dismiss Plaintiff's Amended Complaint,** a copy of which is hereto served upon you.

　　　　　　　　　　　　　　　　RELIABLE GALVANIZING COMPANY

　　　　　　　　　　　　　　　　By:_____/s/ J. David Duffy_____
　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

J. David Duffy (#6242374)
THOMPSON COBURN LLP
d/b/a Thompson Coburn Fagel Haber
55 East Monroe, 40th Floor
Chicago, Illinois 60603
(312) 346-7500

- 2 -

## CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that I have electronically filed the attached **Defendant's 12(b)(6) Motion to Dismiss Plaintiff's Amended Complaint this 24th day of June 2008** with the Clerk of the Court using the CM/ECF system with notice by e-mail going to the following counsel of record, and a copy of the same document by U.S. mail to those non-participating individuals, as indicated on the attached service list.

                                                   /s/ J. David Duffy

4760568_1