# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2147 | **DATE** | 7/2/2008 |
| **CASE TITLE** | Northshore Steel, Inc vs. Reliable Galvanizing Company | | |

**DOCKET ENTRY TEXT**

Defendant Reliable Galvanizing Company's 12(b)(6) motion to dismiss [21] entered and continued for briefing. Response to be filed by or on 7/30/2008; reply 8/13/2008; ruling set for 8/27/2008 at 9:00. Status hearing set for 7/7/2008 stricken and reset to 8/27/2008 at 9:00.

Notices mailed by Judicial staff.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

Case 1:08-cv-02147   Document 23   Filed 07/02/2008   Page 1 of 1

08C2147 Northshore Steel, Inc vs. Reliable Galvanizing Company                                                                 Page 1 of 1