# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2147 | **DATE** | 8/27/2008 |
| **CASE TITLE** | Northshore Steel, Inc vs. Reliable Galvanizing Company | | |

**DOCKET ENTRY TEXT**

Status hearing and ruling held. Defendant Reliable Galvanizing Company's 12(b)(6) motion to dismiss [21] granted with respect to the breach of implied warranty claim and otherwise denied. Ruling is without prejudice to revisiting the issues following discovery. Defendant to answer by or on 9/17/2008. Rule 16 conference set for 10/2/2008 at 9:00.

Notices mailed by Judicial staff.

00:06

| | Courtroom Deputy Initials: | ETV |
|---|---|---|